# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN L. BUELL,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. CV 19-02114-JFW-JEM<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

    **IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED:  June 2, 2020

                                            JOHN F. WALTER<br>                                            UNITED STATES DISTRICT JUDGE